UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN SHROPSHIRE,

    Plaintiff,

v.                             Case No. 8:20-cv-1931-TPB-CPT

TOWING & AUTO REPAIR
MANAGEMENT CORP, d/b/a
Victory Towing, JOSEPH D. SIMPSON,
and JESSICA K. SIMPSON,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on August 10, 2021. (Doc. 25). Judge Tuite recommends that "Plaintiff's Motion for Entitlement to Attorney's Fees and Costs" (Doc. 24) be granted. No objection to the report and recommendation has been filed and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error.

*Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's report and recommendation, in conjunction with an independent examination of the file, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Tuite's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Entitlement to Attorney's Fees and Costs" (Doc. 24) is **GRANTED**.

(3) Plaintiff is directed to file a supplemental motion setting forth the amount of fees and costs he seeks to recover on or before October 11, 2021.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of August, 2021.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**